# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION No. 3:15 CV 00226-RLV-DCK

HANNA WILKERSON,

    Plaintiff,

v().

BOSTON SCIENTIFIC CORPORATION,

    Defendant.

**MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL**

    Now Comes Defendant Boston Scientific Corporation ("Boston Scientific"), pursuant to LR 83.1, and respectfully moves the Court for an Order allowing attorneys, A. Bradley Bodamer, Eva Marie Mannoia Weiler, Steven D. Soden, Bryan Pratt, Michael Bonasso, and Lindsey M. Saad, to be removed as counsel of record for Boston Scientific in this matter. In support of this motion, the undersigned shows the Court as follows:

    1.    Mr. Bodamer, Mr. Soden, and Mr. Pratt, of Shook Hardy & Bacon LLP, 2555 Grand Blvd, Kansas City, Missouri, and Ms. Weiler of Shook Hardy & Bacon LLP, 5 Park Plaza, Irvine, California, were previously attorneys of record in this matter pending in the United States District Court for the Southern District of West Virginia, In Re: Boston Scientific Corporation Pelvic Repair System Products Liability Litigation, MDL No. 2326, Case No. 2:13-cv-04505.

    2.    Mr. Bonasso, of Flaherty Sensabaugh & Bonasso, 200 Capital Street, Charleston, West Virginia, and Ms. Saad, of Flaherty Sensabaugh & Bonasso, 48 Donley Street, Morgantown, West Virginia, are attorneys of record for Boston Scientific in the

MDL No. 2326 litigation, acting as local counsel where the multidistrict litigation is still pending.

3. This case was remanded to the United States District Court, Western District of North Carolina per Order of May 6, 2015 [DE 90].

4. Mr. Bodamer, Ms. Weiler, Mr. Soden, Mr. Pratt, Mr. Bonasso, and Ms. Saad will not be involved in this matter now pending in the Western District of North Carolina.

5. Eric Michael Anielak, Jon Andrew Strongman, Matthew David Keenan, and Robert Thomas Adams of Shook Hardy & Bacon LLP and Leslie C. Packer and Ashley K. Brathwaite of Ellis & Winters LLP, all of whom have previously entered appearances on behalf of Defendant Boston Scientific, will remain as counsel to Defendant in this action.

WHEREFORE, Defendant Boston Scientific Corporation respectfully moves the Court for an Order allowing attorneys A. Bradley Bodamer, Eva Marie Mannoia Weiler, Steven D. Soden, Bryan Pratt, Michael Bonasso, and Lindsey M. Saad to withdraw as counsel for Defendant Boston Scientific Corporation.

This the 10th day of June, 2015.

s/ Leslie C. Packer
Leslie C. Packer
N.C. State Bar No. 13640
ELLIS & WINTERS LLP
P. O. Box 33550
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

**COUNSEL FOR DEFENDANT BOSTON SCIENTIFIC CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

        s/ Leslie C. Packer
        Leslie C. Packer
        N.C. State Bar No. 13640
        ELLIS & WINTERS LLP
        P. O. Box 33550
        Raleigh, North Carolina 27636
        Telephone: (919) 865-7000
        Facsimile: (919) 865-7010

        **COUNSEL FOR DEFENDANT**
        **BOSTON SCIENTIFIC CORP.**