# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-226-RLV-DCK

| | |
|---|---|
| HANNA WILKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BOSTON SCIENTIFIC CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned observes that motions *in limine* have been timely filed, and that responses to those motions are due by October 13, 2015. See (Document Nos. 103, 117, and 118). In addition, the undersigned observes that the parties are required to participate in a Mediated Settlement Conference on or before November 5, 2015, and that this matter is scheduled for trial beginning December 7, 2015. (Document Nos. 97 and 100).

Based on the foregoing, as well as communications from the parties' counsel, the undersigned finds good cause to postpone the Court's hearing on any unresolved objections to deposition designations. The parties are directed to continue conferring in an attempt to reduce, or eliminate, remaining disputes regarding deposition designations.

**IT IS, THEREFORE, ORDERED** that the parties shall file a report, jointly if possible, regarding any remaining objections to deposition designations on or before **November 13, 2015**.

The report(s) shall explain in detail the remaining objections and each party's position, and should attach any relevant documents that will assist the Court's resolution of the remaining issue(s).

**IT IS FURTHER ORDERED** that the hearing scheduled for **October 7, 2015** is **CANCELLED**; instead, the parties shall appear before the undersigned at a hearing on **November 18, 2015**.

**SO ORDERED**.

Signed: September 30, 2015

David C. Keesler
United States Magistrate Judge